UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:20-cv-43

KATHERINE HUTCHESON,
    Plaintiff,

v.

OUTBACK STEAKHOUSE OF
FLORIDA, LLC,
JOHN DOE 1, and
JOHN DOE 2,
    Defendants.

**AMENDED COMPLAINT**

**THIS AMENDED COMPLAINT IS BEING FILED AS A MATTER OF COURSE, PURSUANT TO FRCP 15(a)(1)(A)**

The Plaintiff, first demanding a trial by jury, complaining of the Defendants, alleges:

<u>FIRST CLAIM FOR RELIEF</u>

1. The Plaintiff is a citizen and resident of Nash County, North Carolina.

2. The Defendant, Outback Steakhouse of Florida, LLC. (hereinafter "Defendant Outback Steakhouse"), is a corporation organized under the laws of Florida with a location in the City of Rocky Mount, Nash County, North Carolina.

3. On September 9, 2018, the Plaintiff was dinning at the premises of the Defendant, in Rocky Mount at 210 Gateway Blvd, Rocky Mount, NC 27804-6015.

4. Upon information and belief, the Defendant, John Doe 1 (whose identity is to be determined during discovery in this matter), is a resident of North Carolina.

5. Upon information and belief, the Defendant, John Doe 2 (whose identity is to be determined during discovery in this matter), is a resident of North Carolina.

6. At all times herein mentioned, Defendant John Doe 1 was the acting general store manager of the Outback Steakhouse located in Rocky Mount, Nash County, North Carolina (hereinafter referred to as "the Outback Steakhouse store").

7. As general store manager, Defendant John Doe 1 was responsible for overseeing the daily operations of the Outback Steakhouse including, but not limited to, the duty to provide a safe dining environment for invitees of any kind.

8. As general store manager, Defendant John Doe 1 was responsible for the hiring of employees at the Outback Steakhouse store in Rocky Mount, Nash County, North Carolina.

9. As general store manager, Defendant John Doe 1 was responsible for the training of employees at the Outback Steakhouse store in Rocky Mount, Nash County, North Carolina.

10. At all times herein mentioned, Defendant John Doe 2 was an employee of the Outback Steakhouse store in Rocky Mount, Nash County, North Carolina.

11. At all times herein mentioned, Defendant John Doe 2 was responsible for the inspection and/or clearing of any hazards in the area of the Outback Steakhouse store in Rocky Mount, Nash County, North Carolina, in which the Plaintiff fell.

12. Defendants owed a duty to the general public and invitees of all kinds, including the Plaintiff, to ensure the Outback Steakhouse store was kept safe and clear of hazards.

13. At said time, the Plaintiff, suddenly and without warning, slipped and fell on, upon information and belief, a wet and/or slick floor outside the location of the restrooms.

14. The wet and/or slick floor was a hidden hazard.

15. At said time, the Defendants John Doe 1 and John Doe 2 were aware, or should have been aware, of the hidden hazard on the floor.

16. At all times herein mentioned, the Defendants, John Doe 1 and John Doe 2, were negligent, when they:

    a. Failed to keep the floor of the Outback Steakhouse store in a reasonably safe condition.

    b. Failed to make inspections and correct hazards that such inspections of the Outback Steakhouse store would reveal;

    c. Failed to give warning to the Plaintiff and others of hidden hazards in the Outback Steakhouse store of which the Defendants were aware;

d. Were negligent in other ways which will be developed during discovery and proven at trial.

17. The carelessness and negligence of the Defendants, jointly and severally, was the sole and proximate cause of the injuries sustained by the Plaintiff.

18. At all times herein mentioned, Defendant Outback Steakhouse was responsible for Defendant John Doe 1's and Defendant John Doe 2's acts and omissions under the common law and the theories of *respondeat superior*, agency, master/servant liability, and vicarious liability, and the damages caused thereby.

19. Defendant Outback Steakhouse and Defendant John Doe 1 owed a duty to the public, including the Plaintiff, to hire, train, and supervise its employees or personnel, to determine if these individuals were appropriate to operate the Outback Steakhouse store in a safe manner and not to place the Plaintiff and others at risk of bodily injury.

20. Defendant Outback Steakhouse and Defendant John Doe 1 breached that duty by hiring and/or negligently retaining employees, including Defendant John Doe 2, who committed the acts or omissions described herein.

21. Defendant Outback Steakhouse and Defendant John Doe 1 breached that duty by failing to adequately supervise employees, including Defendant John Doe 2.

22. Defendant Outback Steakhouse and Defendant John Doe 1 knew, or should have known, that its employees, including Defendant John Doe 2, were not

properly trained or qualified to operate the Outback Steakhouse store and failed to remediate the situation.

23. Defendant Outback Steakhouse and Defendant John Doe 1's breach of duty was a proximate cause of the Plaintiff's injuries as alleged herein.

24. As a result of the carelessness and negligence of the Defendants, jointly and severally, the Plaintiff suffered excruciating pain and injuries to various parts of her body, medical expenses, and great mental anguish. The Plaintiff is informed and she believes and therefore alleges that the injuries, pain and disability she is suffering are permanent.

25. The Plaintiff has been damaged in an amount in excess of $25,000.

ENDORSEMENT FOR DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury on all issues of fact raised herein.

WHEREFORE, the Plaintiff prays the Court as follows:

1. That she have and recover a Judgment against the Defendants, jointly and severally, in excess of $25,000.00 for compensatory damages.

2. That the Defendants be taxed with the costs of this action, including reasonable attorney fees;

3. For a trial by jury on all issues so triable herein; and

4. For such other and further relief as the Court may deem just and proper.

This 12th day of February, 2020.

By: /s/ Eliot F. Smith
NC State Bar No. 20124
*Counsel for Plaintiff*
FARRIS & THOMAS LAW
P. O. Box 2848
Wilson, NC 27894-2848
Telephone: (252) 243-3000
Facsimile: (252) 243-0606
Eliot@ThomasLawNC.com

- 6 -

Case 5:20-cv-00043-M   Document 10   Filed 02/12/20   Page 6 of 6