UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:20-cv-00043-M

KATHERINE HUTCHESON,

    Plaintiff,

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC; JOHN DOE 1; and JOHN DOE 2,

    Defendants.

**ORDER GRANTING CONSENT MOTION TO REMAND**

This case comes before the Court on the Consent Motion to Remand, which was jointly filed by Plaintiff Katherine Hutcheson and Defendant Outback Steakhouse of Florida, LLC.[1] Upon consideration of the parties' Consent Motion to Remand [DE 16], Stipulation of Damages [DE 16-1], supporting memorandum [DE 17], and record in this case, the Court GRANTS the parties' Consent Motion to Remand and hereby ORDERS this matter to be remanded to the Superior Court of Nash County, North Carolina.

In light of this decision, the outstanding Corrected Motion to Remand [DE 14] is denied as moot.

SO ORDERED this the 5th day of March, 2020.

RICHARD E. MYERS II
U.S. DISTRICT COURT JUDGE

---

[1] Putative defendants John Doe 1 and John Doe 2 have not been identified and as such, have not been served with process.